No. 09–10538. KANGER v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10541. LLOVERA LINARES v. BROWARD COUNTY SHERIFF'S OFFICE ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 09–10544. YSAIS v. NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–10549. WEBB v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10550. THOMAS v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10551. YOUNG v. LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–10552. JOHNSON v. BAILEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–10556. OSPINA v. INDYMAC BANK ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–10558. BANKSTON v. VEAL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10559. BROWN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 09–10560. BASTIDA v. LEBLANC, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–10565. CLARK v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 09–10567. MYLES v. MICHIGAN. Cir. Ct. Saginaw County, Mich. Certiorari denied.

No. 09–10570. KRETCHMAR v. PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.